PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Hanif Abdullah  Cr.:95-00075-001
PACTS Number:10270

Name of Sentencing Judicial Officer: The Honorable William G. Bassler, United States District Judge

Date of Original Sentence: 12/06/96

Original Offense: RICO Conspiracy

Original Sentence: 188 months prison; 3 years supervised release; $2,000 fine; $50 special assessment

Type of Supervision: Supervised Release          Date Supervision Commenced:10/09/08

## PETITIONING THE COURT

[ ]   To extend the term of supervision for       Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 25 hours of community service work over a period of 2 months or less, as directed by the United States Probation Office. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

The offender was released from custody on October 9, 2008, and enrolled in a random urine monitoring program, namely Code -A- Phone. The program entails the offender telephone the system once per day and await instructions as to whether a urine is to be submitted the following date. The offender failed to appear for urine testing as directed by the system on the following dates: November 6, 2008; December 1 and 22, 2008; February 4 and 10, 2009, and April 1, 2009. After each failure to submit to testing, the urine was obtained and subsequently determined to be negative. However, the offender had adequate warning that failure to comply with calling or failure to submit to urinalysis would result in notification to the Court. The probation officer purports the offender's completion of community service will serve as a sanction for the failure to comply with Code-A-Phone testing procedures, as well as serve as a benefit to the community. The offender's compliance with these requirements will continue to be closely monitored.

PROB 12B - Page 2
Hanif Abdullah



Respectfully submitted,
By: Sharon A. O'Brien
Senior U.S. Probation Officer
Date: 05/20/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/2/09
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 25 hours of community service work over a period of 2 months or less, as directed by the probation office. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____  Signed: _____
Senior U.S. Probation Officer            Probationer or Supervised Releasee
Sharon A. O'Brien                        Hanif Abdullah

5-12-09
DATE