PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hanif Abdullah a/k/a Robert Simpson          Cr.:95-00075-001
                                                                PACTS #:10270

Name of Sentencing Judicial Officer: The Honorable William G. Bassler, United States District Judge
Re-Assigned: 06/02/2009: The Honorable Peter G. Sheridan, United States District Judge

Date of Original Sentence: 12/06/96

Original Offense: RICO Conspiracy

Original Sentence: 188 months prison; 3 years supervised release; $2,000 fine; $50 special assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/09/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | On October 1, 2010, the probation officer conducted a home visit at the offender's residence. On this date, a random urine specimen was obtained from the offender and tested via instant testing procedures. The sample failed to yield a negative result for marijuana. The offender was advised of the instant test results and denied any marijuana usage. The specimen was forwarded to the laboratory for further analysis under 03120004P and on October 8, 2010 proved positive for marijuana. Subsequently, the offender was presented with the results of this analysis and denies personal usage of the substance. The offender indicated he has been in the presence of other individuals smoking the substance. |

U.S. Probation Officer Action:

The offender has been reminded of the conditions of supervised release. More specifically he has been reminded regarding the use of illicit substances and being in the company of anyone utilizing or selling such substances. Abdulla has been placed in a random urine monitoring program identified as Code A Phone. The program consists of a daily obligation to telephone the program at which time he is prompted to submit to urinalysis at a designated location. The offender will remain active in this program until supervision concludes on October 8, 2011. In addition, the probation officer will provide a copy of this report to the offender to serve as an official reprimand.

Respectfully submitted,

By: Sharon A. O'Brien
Senior U.S. Probation Officer
Date: 11/17/10

The Court's endorsement of this petition will serve as an official written reprimand to the offender.

[✓] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

12/1/10
_____
Date